PHILLIP A. TALBERT
United States Attorney
ROBERT C. ABENDROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVE GUADALUPE LOPEZ<br>Defendant. | CASE NO. 2:22-CR-00204-DAD-4<br><br>STIPULATION TO CONTINUE SENTENCING AND ORDER<br><br>DATE: July 30, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

1. Following the defendant's entry of a guilty plea, this matter was set for sentencing on July 30, 2024, before the honorable Judge Dale A. Drozd. In anticipation of sentencing the parties have filed objections, responses, and sentencing memoranda, and the Office of Probation and Parole has filed the Presentence Investigation Report. Recently, defense counsel became ill with COVID. Due to illness, the parties respectfully request to reset the date for sentencing for August 13, 2024, at 9:30 a.m.

[CONTINUED ON NEXT PAGE]

2. By this stipulation, the parties now respectfully request to continue the sentencing until August 13, 2024, at 9:30 a.m.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: July 26, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>*/s/ ROBERT C. ABENDROTH*<br>ROBERT C. ABENDROTH<br>Assistant United States Attorney |
| Dated: July 26, 2024 | */s/ TASHA PARIS CHALFANT*<br>TASHA PARIS CHALFANT<br>Counsel for Defendant |

**ORDER**

IT IS SO ORDERED.

Dated: **July 26, 2024**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE